# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| DEBRA FAYE CRIBBS, | ) | |
| Claimant, | ) | |
| v. | ) | Case No. CV615-037 |
| CAROLYN W. COLVIN, *Commissioner of Social Security*, | ) | |
| Defendant. | ) | |

## ORDER

Debra Faye Cribbs has filed a complaint asking the Court to review the denial of her social security disability claim. Doc. 1. She also seeks leave to proceed *in forma pauperis* ("IFP"). Doc. 2. After reviewing claimant's application, it appears that she lacks sufficient resources to pay the Court's filing fee. The Court therefore **GRANTS** her leave to proceed *in forma pauperis*. Doc. 2. The Court also **GRANTS** her lawyer's motion for Leave to Appear Pro Hac Vice. Doc. 3.

**SO ORDERED,** this 13TH day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA