# United States District Court
## Southern District of Georgia

DEBRA FAYE CRIBBS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV615-037

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 13, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Acting Commissioner's conclusion is AFFIRMED and this case is DISMISSED with prejudice.



June 13, 2016  
*Date*

Scott L. Poff  
*Clerk*

(By) *Deputy Clerk*